FILED
August 26, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

No. 03-14-00545-CR
Trial Court No. CR6692

RICHARD LEE POLLARD,
        Appellant,

v.

THE STATE OF TEXAS
        Appellee.

§
§
§
§
§
§
§
§
§

IN THE COURT OF APPEALS

FOR THE STATE OF TEXAS

THIRD DISTRICT

## MOTION FOR AN EXTENSION OF TIME
## TO FILE A MOTION FOR REHEARING

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES, Richard Lee Pollard, TDCJ-CID # 1934170, Appellant, pro se, and on his own behalf files this his own "Motion for an Extension of Time to file a Motion for Rehearing," to this Most Honorable Court, and in so doing will show the following, to wit:

### I. JURISDICTION

This Court has jurisdiction over the subject matter pursuant to the Tex. Rules of Appellate Procedure, Rule 49.8, where this Court may extend the time for filing a motion for rehearing if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last date for filing the motion for rehearing.

Appellant's last date for filing his motion for rehearing was on August 21, 2015, placing Appellant well with the required fifteen (15) days after the last date to file a motion for rehearing, pursuant to Rule 10.5(b) accordingly.

### II. REASONING

Appellant has learned that this Most Honorable Court rendered an opinion in this cause on August 6, 2015, affirming his conviction. Appellate was put on notice that "No substitute counsel will be appointed." Appellate is stranded and on his very own to understand and file for a motion for rehearing to this Most Honorable Court.

(Page -1-, motion)

RECEIVED
AUG 2 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Being such, and pursuant to Rule 10.5(b)(1), Appellant will state for the record that:

(A) The deadline for filing this request for an extension of time to file a motion for rehearing is September 6, 2015;

(B) Appellant requests atleast ninety (90) days extension because Appellant has to attempt to advocate for himself now to this Court;

(C) Appellant can only entertain and research in the unit law library during his off-duty hours which is approx. ten (10)hours per week unless he can show that he has a deadline directly from a state or federal court warranting extra time. Appellate needs this extension to prepare and advocate properly; and,

(D) Appellant has never asked for an extension of time in this matter.

Appellant plans to show where this Most Honorable Court of Appeals has decided an important question of law that conflicts with another court of appeals and the Court of Criminal Appeals on the same issue.

## III. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Appellant PRAYS that this Most Honorable Court GRANT this Motion for an Extension of Time to File a Motion for Rehearing allowing Appellant ninety (90) days to file because of his specific set of circumstances. In this Appellant will forever PRAY.

RESPECTFULLY SUBMITTED,

Richard Lee Pollard
Appellant, pro se

(Page -2-, motion)

## IV. DECLARATION

I, Richard Lee Pollard , TDCJ-CID #1934170, presently incarcerated in the Texas Department of Criminal Justice - Institutions Division, Wallace Pack Unit lcated at 2400 Wallace Pack Rd. in Navasota, Texas (77868), within Grimes County do hereby certify under the penalty of perjury that the facts in this motion are both true and correct.

Executed on this 24 , day of August, 20 15

Submitted by,

*Richard Lee Pollard*

Richard Lee Pollard
Appellant pro se

## V. CERTIFICATE OF SERVICE

I, Richard Lee Pollard, TDCJ-CID # 1934170, do certify that a true and correct copy of Appellant's "Motion for an Extension of Time to file a Motion for Rehearing has been placed in the United States Mail, postage pre-paid, addressed to:

Mr. Gary W. Bunyard
Assistant District Attorney
33rd & 424th Judicial Districts
P.O. Box 725
Llano, TX 78643

on this the 24 day in August, 20 15

Submitted by,

*Richard Lee Pollard*

Richard Lee Pollard
Appellant, pro se

(Page -3-, motion)

August 24, 2015

Mr. Richard Lee Pollard
TDCJ #01934170
Wallace Pack Unit
2400 Wallace Pack Rd.
Navasota, TX. 77868

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District
Price Daniel Sr. Bldg,209 W.14th St,Rm.101
P.O. Box 12547
Austin, Tx. 78711-2547

RE: MOTION FOR AN EXTENSION OF TIME TO FILE FOR MOTION FOR
    REHEARING. No.03-14-00545-CR; Trial Court No.CR6692

Dear Clerk:

Please find enclosed one (1) original and (1) copy of

Appellant's "Motion for an extension of time to file a Motion

for Rehearing" to be submitted to this Most Honorable Court for

Review.

Also, please allow this letter to act as a request to invoke

TRAP Rule #2, to suspend Rule #9.3, copy requirement and Rule

#9.4(e), (f), and (g) because of my incarceration and inability

to meet these rules because of my incarcerated pro se status.

If you will, please file stamp the copy of this letter and

forward it back to me in the enclosed S.A.S.E. Also please inform

me of the decision of this Court regarding this motion.

Accordingly, I wish to thank you so very much for your time

with all these matters.

Respectfully,

Richard Lee Pollard
Appellant, pro se

RECEIVED

AUG 2 6 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

org: Clerk
cc : file
     [ENCLOSURES -2-]

RICHARD LEE Pollard
TDC # 1934170
PACK UNIT
2400 WALLACE PACK RD.
NAVASOTA, TX. 77868

78711254747

JEFFREY D. KYLE, CLERK
COURT OF APPEALS
THIRD DISTRICT
P.O. BOX 12547
AUSTIN, TX. 78711-2547